# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| COMERCIAL WACO, S.A. de C.V. | § | |
| | § | |
| V. | § | CASE NO. 4:05cv502 |
| | § | (Judge Schneider/Judge Bush) |
| UNITED STATES OF AMERICA, and | § | |
| MARK W. EVERSON, COMMISSIONER | § | |
| OF THE INTERNAL REVENUE SERVICE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 6, 2006, the Report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss be GRANTED and that the above titled and numbered cause of action be DISMISSED. The Court further recommended that the summons issued to Swabs be enforced.

The court, having made a *de novo* review of the objections raised by Plaintiff thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. It is, therefore,

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. It is further

**ORDERED** that the summons issued to Swabs be enforced. It is finally

**ORDERED, ADJUDGED** and **DECREED** that the above titled and numbered cause of action is **DISMISSED**.

**SIGNED** this 4th day of October, 2006.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE